**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ERIC YU,<br>A Natural Person,<br><br>Plaintiff,<br><br>v.<br><br>NGUYEN THI THUY DUONG,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C. A. No.: 1:26-cv-00086-CFC-CJB |

**NOTICE OF VOLUNTARY DISMISSAL**

Please be advised that Plaintiff, pursuant to Federal Rule of Civil Procedure Rule 41(a)(i)(A)(1), hereby voluntarily dismisses its claims against Defendant with prejudice.

/s/ [signature]
Eric Yu
533 Sark Court
Milpitas, CA 95035
eric@heatherwillow.com
*Pro Se Plaintiff*

Dated: 5/20/26

RECEIVED
MAY 22 2026
US DISTRICT COURT
DISTRICT OF DELAWARE